AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-12060-CCC-SDA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FALLON DAVIS was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: Defendant Not to Be Found - Non-Serve ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Greg Duke

_____
Printed name and title

Medley Serves & Investigations, LLC
67 MONROE AVE, ROSELAND, NJ 07068

_____
Server's address

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Jul 1, 2025, 2:42 pm EDT at COMPANY: 368 BROAD STREET, NEWARK, NJ 07104
FRONT DOOR AND BACK DOOR LOCKED- NO NAMES ON BELLS

2) Unsuccessful Attempt: Jul 2, 2025, 10:42 am EDT at COMPANY: 368 BROAD STREET, NEWARK, NJ 07104
(Provide details)

3) Unsuccessful Attempt: Jul 2, 2025, 10:42 am EDT at COMPANY: 368 BROAD STREET, NEWARK, NJ 07104
WAS ABLE TO GET INTO BUILDING- NO NAMES ON MAIL BOXES- LEFT NOTE ON MANAGEMENT OFFICE- NO CALL BACK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-12060-CCC-SDA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>S.T.E.A.M. ACADEMY A NJ NONPROFIT CORPORATION d/b/a STEAM URBAN</u> was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: <u>Defendant Not to Be Found - Non-Serve</u> ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Greg Duke
_____
*Printed name and title*

Medley Serves & Investigations, LLC
67 MONROE AVE, ROSELAND, NJ 07068
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Jul 1, 2025, 2:42 pm EDT at COMPANY: 368 BROAD STREET, NEWARK, NJ 07104 FRONT DOOR AND BACK DOOR LOCKED- NO NAMES ON BELLS

2) Unsuccessful Attempt: Jul 2, 2025, 10:42 am EDT at COMPANY: 368 BROAD STREET, NEWARK, NJ 07104 WAS ABLE TO GET INTO BUILDING- NO NAMES ON MAIL BOXES INSIDE- I LEFT A NOTE FOR THE MANAGEMENT OFFICE- NO RETURN CALL